**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                              Case No. _____

GAFC SERVICES, LLC _____   Chapter **11**
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 18, 2023** _____   Signature: **/s/ JUAN CARLOS AROCHA** _____
                                                        **JUAN CARLOS AROCHA, PRESIDENT**                    Debtor

Date: _____   Signature: _____
                                                                                                          Joint Debtor, if any

Software Copyright (c) 2023 CINGroup - www.cincompass.com

```
CRIM
PO Box 195387
San Juan, PR  00919-5387


DEPARTAMENTO DE HACIENDA
P O BOX 9024041
SAN JUAN, PR  00902


GAFC  FARMS, LLC
CARR 887, KM 0.2, BO SAN ANTON
CAROLINA, PR  00987


GAFC CROPS. LLC
CARR 887, KM 0.2, BO SAN ANTON
CAROLINA, PR  00987


KALET TORRES
PO BOX 207
ARECIBO,, PR  00613


KAYA DISPENSARY, LLC
CARR 887, KM 0.2, BO SAN ANTON
CAROLINA,, PR  00987


LUMA ENERG
PO BOX 363508
SAN JUAN, PR  00936-3508
```

```
MARLENE MARGOLIS
313B CLEMSON ST APT 2 UNIVERSITY GARDENS
HATO REY, PR  00918


MUNICIPIO DE CAROLINA
PO Box 8
Carolina, PR  00986-0008


ORONOZ & ASOCIADOS, PSC
PO BOX 195473
SAN JUAN, PR  00919-5473


SMOKE SHOP
BO SAN ANTON
CAROLINA, PR  00987


VICTOR M. GARCIA C/O ORONOZ & ASS.
PO BOX 195473
SAN JUAN, PR  00919-5473


WIRELESS SOLUTIONS
AVE. LOPATEGUI #9, EDIF NIDET
GUAYNABO, PR  00970
```

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                                        Case No. _____

GAFC SERVICES, LLC _____        Chapter **11** _____
                                        Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer          petition preparer is not an individual, state
Address:                                                                                      the Social Security number of the officer,
_____          principal, responsible person, or partner of
                                                                                              the bankruptcy petition preparer.)
X_____          (Required by 11 U.S.C. § 110.)
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

GAFC SERVICES, LLC _____          X */s/ JUAN CARLOS AROCHA*          8/18/2023
Printed Name(s) of Debtor(s)                                   Signature of Debtor                                          Date


Case No. (if known) _____          X_____
                                                                            Signature of Joint Debtor (if any)                       Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Fill in this information to identify the case: |
| --- |

Debtor name  **GAFC SERVICES, LLC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other  **RENTALS AND MISC INCOME** | **$120,000.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **RENTALS AND MISC INCOME** | **$240,000.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other  **RENTALS AND MISC INCOME** | **$127,437.00** |
| **For the fiscal year:**<br>From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other  **RENTALS AND MISC INCOME** | **$108,018.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **GAFC SERVICES, LLC**                                    Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **KALET TORRES**<br>PO BOX 207<br>ARECIBO, PR 00613 | JULY 28, 2023 | $114,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.2. **WIRELESS SOLUTIONS**<br>AVE. LOPATEGUI #9, EDIF NIDET<br>GUAYNABO, PR 00970 | JULY 28, 2023 | $100,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.3. **CATHERINE RODRIGUEZ** | AUGUST, 2023 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **JUAN AROCHA**<br>35 JUAN C BORBON ST 67-190<br>GUAYNABO, PR 00969<br>PRESIDENT | 8/2022 TO 8/2023 | $184,521.43 | **SALARIES AND REIMBURSEMENT OF EXPENSES** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **GAFC SERVICES, LLC**                                    Case number *(if known)* _____

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **GAFC V. VICTOR M. GARCIA, ET ALS**<br>**2020CV02192** | **CIVIL SUIT** | **STATE FIRST INSTANCE COURT, CAROLINA HAL CAROLINA, PR** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **GAFC SERVICES, LLC VS. FELIZ PLAUD DE CHAUDENS, BUENA CEPA, LLC, ET ALS**<br>**CA2022CV02564** | **VIOLATION OF CONTRACT, TORTS, ETC...** | **CAROLINA SUPERIOR COURT**<br>**CAROLINA, PR** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **GAFC SERVICES, LLC**                                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hernandez Law Offices** PO Box 366431 San Juan, PR 00936-6431 | | **JULY, 2023** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **HERNANDEZ LAW OFFICES** PO Box 366431 San Juan, PR 00936-6431 | | **JUNE 2023** | **$1,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **OD INVESTMENT, LLC** **VEGA BAJA, PR** | **PROPERTY AT CALLE ROMAN EMETERIO BETANCES, BAYAMON** | **10/21/2022** | **$105,000.00** |
| | Relationship to debtor **NONE** | | | |
| 13.2. | **KALET TORRES** **PO BOX 207** **ARECIBO, PR 00613** | **LOT OF LAND AT BO. RIO HONDO,MAYAGUEZ WAS GIVEN AS CREDITO OF $20,000.00 TOWARDS DEBT** | **02/09/2022** | **$20,000.00** |
| | Relationship to debtor **CREDITOR** | | | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **GAFC SERVICES, LLC**                                    Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer was<br>made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3<br>. | **CARMEN MILAGROS<br>MARQUEZ MARIN<br>SAN JUAN, PR** | **24 PLUS ACRES AT BO LLANOS COSTA,<br>CABO ROJO, PR** | **AGUSUT 22,<br>2022** | **$80,000.00** |
| | Relationship to debtor<br>**NONE** | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the<br>debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved,
or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,
cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance before<br>closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor   **GAFC SERVICES, LLC** _____   Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■ No.
  ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | GAFC SERVICES, LLC | Case number *(if known)* |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **RADAMEZ PEREZ**<br>**URB PALACIO DEL PRADO AVE ATLANTICO 68**<br>**JUANA DIAZ, PR 00795-** | **FILING OF TAXES AND OTHER MISC WORK** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JUAN AROCHA** | **35 JUAN C BORBON ST 67-190**<br>**GUAYNABO, PR 00969** | **PRESIDENT** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **GAFC SERVICES, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **JUAN AROCHA**<br>**35 JUAN C BORBON ST**<br>**67-190**<br>**GUAYNABO, PR 00969** | **$184,521.43** | **2023** | **SALARIES AND REIMBURSEMENT OF EXPENSES** |
| | Relationship to debtor<br>**PRESIDENT** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 18, 2023**

**/s/ JUAN CARLOS AROCHA**                                    **JUAN CARLOS AROCHA**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **PRESIDENT**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **GAFC SERVICES, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **66-0847961** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **CARR 887 KM 0.2, BO SAN ANTON**<br>**CAROLINA, PR 00987**<br>Number, Street, City, State & ZIP Code | **35 JUAN C BORBON ST 67-190**<br>**GUAYNABO, PR 00969**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Carolina**<br>County | **Location of principal assets, if different from principal place of business** |
| | **CARR. 887 KM 0.2 BO SAN ANTON CAROLINA,**<br>**PR 00969**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | GAFC SERVICES, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **GAFC SERVICES, LLC**                                    Case number (*if known*) _____
      Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

**11.** **Why is the case filed in this district?**    *Check all that apply:*

☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

              Contact name _____

              Phone _____

**█ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor  **GAFC SERVICES, LLC**
Name                                                    Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **GAFC SERVICES, LLC**                                    Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2023**
               MM / DD / YYYY

X **/s/ JUAN CARLOS AROCHA** _____        **JUAN CARLOS AROCHA** _____
   Signature of authorized representative of debtor        Printed name

Title    **PRESIDENT** _____

**18. Signature of attorney**

X **/s/ Jacqueline Hernandez** _____        Date **August 18, 2023**
   Signature of attorney for debtor                              MM / DD / YYYY

**Jacqueline Hernandez** _____
Printed name

**Hernandez Law Offices** _____
Firm name

**PO Box 366431**
**San Juan, PR 00936-6431** _____
Number, Street, City, State & ZIP Code

Contact phone _____        Email address    **quiebras1@gmail.com** _____

**203007** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name **GAFC SERVICES, LLC**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 18, 2023**       X **/s/ JUAN CARLOS AROCHA**
                                            Signature of individual signing on behalf of debtor

**JUAN CARLOS AROCHA**
Printed name

**PRESIDENT**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **GAFC SERVICES, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO, SAN JUAN DIVISION** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DEPARTAMENTO DE HACIENDA P O BOX 9024041 SAN JUAN, PR 00902 | DEPARTAMENTO DE HACIENDA | | | | | $10,000.00 |
| KALET TORRES PO BOX 207 ARECIBO,, PR 00613 | | | | | | $91,000.00 |
| LUMA ENERG PO BOX 363508 SAN JUAN, PR 00936-3508 | | | | | | $55,629.91 |
| MARLENE MARGOLIS 313B CLEMSON ST APT 2 UNIVERSITY GARDENS HATO REY, PR 00918 | | | | | | $33,388.50 |
| MUNICIPIO DE CAROLINA PO Box 8 Carolina, PR 00986-0008 | | | | | | $10.00 |
| WIRELESS SOLUTIONS AVE. LOPATEGUI #9, EDIF NIDET GUAYNABO, PR 00970 | | | | | | $175,400.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Fill in this information to identify the case: |
|---|
| Debtor name **GAFC SERVICES, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | **$500.00** |

3.        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
         Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$500.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **GAFC SERVICES, LLC**                                    Case number *(If known)* _____
          _____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**2022**<br>**2022 50 KW POWER PLANT** | **$30,000.00** | | **$30,000.00** |
| **OLD BUT STILL WORKING 100KW POWER PLANT** | **$15,000.00** | | **$15,000.00** |

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   **$45,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **GAFC SERVICES, LLC**
_____      Case number *(If known)* _____
  Name

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **CARR 887 KM 0.2, BO SAN ANTON, CAROLINA, PR 00987**<br>**LOT OF LAND OF 1.949 CUERDAS, WITH A COMMERCIAL BUILDING AT BO. SAN ANTON, CAROLINA** | | **$1,900,000.00** | | **$1,900,000.00** |
| 55.2.  **, ARECIBO, PR 00987**<br>**TELECOMUNNICATIONS TOWER AT ARECIBO** | | **$80,000.00** | | **$80,000.00** |

56.     **Total of Part 9.**
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

| **$1,980,000.00** |
|---|

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.     **Patents, copyrights, trademarks, and trade secrets**

61.     **Internet domain names and websites**

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **GAFC SERVICES, LLC**                                    Case number *(If known)* _____
          _____
          Name

| 64. | **Other intangibles, or intellectual property** | | | |
|---|---|---|---|---|
| | USUFRUCTO OVER TELECOMMUNICATIONS ANTENNA AT BO SAN ANTON, CAROLINA PR | $100,000.00 | | $100,000.00 |
| | OPTION TO PURCHASE TELECOMMUNICATIONS ANTENNA AT SAN SEBASTIAN | $1.00 | | $1.00 |
| | "USUFRUCTO" OVER ANTENNA RIGHT, TO 50% FUTURE INCOME FROM NEW COMPANIES AT ARECIBO, PR | $120,000.00 | | $120,000.00 |

| 65. | **Goodwill** | |
|---|---|---|
| 66. | **Total of Part 10.** | $220,001.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** CIVIL SUIT OF GAFC SERVICES, LLC AGAINST FELIX PLAUD DE CHAUDENS, BUENA CEPA, LLC, LUIS ANOTNIO QUINONES GONZALEZ, SUTHEASTERN HOLDING, LLC, ET ALS CIVIL NO. CA2022CV02564 | $0.00 |
| | Nature of claim    BREACH OF CONTRACT, TORTS | |
| | Amount requested         $300,000.00 | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **GAFC SERVICES, LLC**                 Case number *(If known)* _____
        Name

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
| 78. | **Total of Part 11.** |

78.   Add lines 71 through 77. Copy the total to line 90.

                                                       **$0.00**

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **GAFC SERVICES, LLC**
Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $45,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9..............................................................>* | | $1,980,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $220,001.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $265,501.00 | + 91b.  $1,980,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,245,501.00 |

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **GAFC SERVICES, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1 CRIM**
Creditor's Name

Describe debtor's property that is subject to a lien:
**CARR 887 KM 0.2, BO SAN ANTON, CAROLINA, PR 00987 LOT OF LAND OF 1.949 CUERDAS, WITH A COMMERCIAL BUILDING AT BO. SAN ANTON, CAROLINA**

Amount of claim: **$82,707.14**  Value of collateral: **$1,900,000.00**

**PO Box 195387 San Juan, PR 00919-5387**
Creditor's mailing address

Describe the lien:

Is the creditor an insider or related party?
☑ No  ☐ Yes

Is anyone else liable on this claim?
☑ No  ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number **6001**

Do multiple creditors have an interest in the same property?
☐ No  ☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CRIM**
**2. VICTOR M. GARCIA C/O ORONOZ & ASS.**

As of the petition filing date, the claim is: Check all that apply
☐ Contingent  ☐ Unliquidated  ☐ Disputed

**2.2 VICTOR M. GARCIA C/O ORONOZ & ASS.**
Creditor's Name

Describe debtor's property that is subject to a lien:
**CARR 887 KM 0.2, BO SAN ANTON, CAROLINA, PR 00987 LOT OF LAND OF 1.949 CUERDAS, WITH A COMMERCIAL BUILDING AT BO. SAN ANTON, CAROLINA**

Amount of claim: **$1,117,286.67**  Value of collateral: **$1,900,000.00**

**PO BOX 195473 SAN JUAN, PR 00919-5473**
Creditor's mailing address

Describe the lien:

Is the creditor an insider or related party?
☑ No  ☐ Yes

Is anyone else liable on this claim?

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **GAFC SERVICES, LLC**                                      Case number (if known) _____
       Name

| | |
|---|---|
| **Date debt was incurred** | ■ No |
| **26/7/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **2192** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. CRIM** | |
| **2. VICTOR M. GARCIA C/O ORONOZ & ASS.** | |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,199,993.81** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **ORONOZ & ASOCIADOS, PSC** <br> **PO BOX 195473** <br> **SAN JUAN, PR 00919-5473** | Line  2.2 | **2192** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name __GAFC SERVICES, LLC__

United States Bankruptcy Court for the: __DISTRICT OF PUERTO RICO, SAN JUAN DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**DEPARTAMENTO DE HACIENDA**<br><br>P O BOX 9024041<br>SAN JUAN, PR 00902<br>Date(s) debt was incurred __2022__<br>Last 4 digits of account number __7961__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$10,000.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**KALET TORRES**<br><br>PO BOX 207<br>ARECIBO,, PR 00613<br>Date(s) debt was incurred __2022/2023__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$91,000.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**LUMA ENERG**<br><br>PO BOX 363508<br>SAN JUAN, PR 00936-3508<br>Date(s) debt was incurred __2023__<br>Last 4 digits of account number __8214__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$55,629.91** |
| **3.4** Nonpriority creditor's name and mailing address<br>**MARLENE MARGOLIS**<br><br>313B CLEMSON ST APT 2 UNIVERSITY GARDENS<br>HATO REY, PR 00918<br>Date(s) debt was incurred __2023__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$33,388.50** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

G25712

| Debtor | **GAFC SERVICES, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**MUNICIPIO DE CAROLINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 8
Carolina, PR 00986-0008

**Basis for the claim:** __

Date(s) debt was incurred  **23-24**

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175,400.00** |
|---|---|---|---|

**WIRELESS SOLUTIONS**

☐ Contingent
☐ Unliquidated
☐ Disputed

AVE. LOPATEGUI #9, EDIF NIDET
GUAYNABO, PR 00970

**Basis for the claim:** __

Date(s) debt was incurred  **2022/2023**

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **365,428.41** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **365,428.41** |

**Fill in this information to identify the case:**

Debtor name __**GAFC SERVICES, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF PUERTO RICO, SAN JUAN DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **MONTHLY PAYMENTS OF $2,000.00 WITH NO BUYOUT OPTION. LEASE SNCE JANUARY 1, 2021 UNTIL JANUARY 1, 2026. DEBTOR IS LANDLORD, RENT IS CURRENT AND LEASE IS HEREBY ASSUMED.** | |
| | State the term remaining | **UNTIL JANUARY 1, 2026** | **GAFC  FARMS, LLC CARR 887, KM 0.2, BO SAN ANTON CAROLINA, PR 00987** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **MONTHLY PAYMENTS OF $4,000.00 FOR COMMERCIAL SPACE AT COMMERCIAL BUILDING AT BO. SAN ANTON, CAROLINA, PR 00969. DEBTOR IS LANDLORD. RENT IS CURRENT AND THE CONTRACT IS HEREBY ASSUMED.** | |
| | State the term remaining | **UNTIL JUNE 1, 2038** | **GAFC CROPS. LLC CARR 887, KM 0.2, BO SAN ANTON CAROLINA, PR 00987** |
| | List the contract number of any government contract | | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor 1   **GAFC SERVICES, LLC** _____     Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **MONTHLY PAYMENTS OF $5,000.00 FOR COMMERCIAL SPACE AT COMMERCIAL BLDG AT BO. SAN ANTON, CAROLINA , PR. LEASE CONTRACT SINCE JUNE 1, 2023 UNTIL JUNE 1, 2038. NO BUYOUT OPTION. DEBTOR IS LANDLORD. DEBTOR IS CURRENT AND IS HEREBY ASSUMED.** | |
| State the term remaining | **UNTIL JUNE 1, 2038** | |
| List the contract number of any government contract | | **KAYA DISPENSARY, LLC CARR 887, KM 0.2, BO SAN ANTON CAROLINA,, PR 00987** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **MONTHLY PAYMENTS OF $2,300.OO NO BUYOUT OPTION. DEBTOR IS LANDLORD. RENT IS CURRENT AND CONTRACT IS HEREBY ASSUMED.** | |
| State the term remaining | | |
| List the contract number of any government contract | **23E1** | **SBA PUERTO RICO, LLC 8051 CONGRESS AVE. BOCA RATON, FL 33487-1307** |
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL SPACE AT COMMERCIAL BLDG AT BO SAN ANTON, CAROLINA PR. MONTHLY PAYMENTS OF $500.00 WITH NO BUYOUT OPTION. DEBTOR IS LANDLORD AND RENT IS CURRENT. DEBTOR HEREBY ASSUMES SUCH EXECUTORY CONTRACT.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **SMOKE SHOP BO SAN ANTON CAROLINA, PR 00987** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor 1   **GAFC SERVICES, LLC**                                                    Case number *(if known)*
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL RENTAL OF LOCAL AT THE CORNER OF BUILDING AT BO SAN ANTON CAROLINA PR.MONTHLY PAYMENTS OF $200.00 SINCE 11/1/2022 UNTIL 11/1/2027 AND RENEWABLE FOR 5 MORE YEARS AT THE END OF THE ORIGINAL TERM OF 5 YEARS. NO BUYOUT OPTION. RENT IS CURRENT AND DEBTOR IS LANDLORD. LEASE IS HEREBY ASSUMED.** | |
|---|---|---|---|
| | State the term remaining | **51 MONTHS PLUS 60 ADDTL MONTHS** | **VIDA FARMS, LLC** |
| | List the contract number of any government contract | | **BO SAN ANTON, LOCAL ESQUINA CAROLINA, PR** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| **Fill in this information to identify the case:** |
| --- |

Debtor name    **GAFC SERVICES, LLC**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____ Street <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ Street <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ Street <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ Street <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Fill in this information to identify the case: |
| --- |

Debtor name   **GAFC SERVICES, LLC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

 1a. **Real property:**
 Copy line 88 from *Schedule A/B*............................................................................   $   1,980,000.00

 1b. **Total personal property:**
 Copy line 91A from *Schedule A/B*.........................................................................   $   265,501.00

 1c. **Total of all property:**
 Copy line 92 from *Schedule A/B*...........................................................................   $   2,245,501.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
 Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................   $   1,199,993.81

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

 **3a. Total claim amounts of priority unsecured claims:**
 Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................   $   0.00

 **3b. Total amount of claims of nonpriority amount of unsecured claims:**
 Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$   365,428.41

4.   Total liabilities ...............................................................................................................   $   1,565,422.22
 Lines 2 + 3a + 3b

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Puerto Rico, San Juan Division

In re   **GAFC SERVICES, LLC**
_____      Case No. _____
                                          Debtor(s)      Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

   For legal services, I have agreed to accept ........................................   $ _____

   Prior to the filing of this statement I have received ..................   $ _____

   Balance Due ..........................................................................   $ _____

■ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of ............   $ _____**15,000.00**____

   The undersigned shall bill against the retainer at an hourly rate of .............   $ _____**275.00**____
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
   fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **DEBTOR(S) WERE ADVISED THAT ALL SERVICES WILL BE PERFORMED AT THE RATE OF $275.00 PER HOUR AND THAT APPLICATION FOR FEES CAN/WILL BE FILED DURING THE PENDENCY OF THE CASE..RATE IS SUBJECT TO CHANGE DURING THE PASSING OF TIME.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **GAFC SERVICES, LLC**                              Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

| **CERTIFICATION** |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 18, 2023**                              **/s/ Jacqueline Hernandez**
_____              _____
*Date*                                         **Jacqueline Hernandez**
                                               *Signature of Attorney*
                                               **Hernandez Law Offices**

                                               **PO Box 366431**
                                               **San Juan, PR 00936-6431**

                                               **quiebras1@gmail.com**
                                               _____
                                               *Name of law firm*